# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
                                      *
GERRY AND THERESA TALLY,              *
                                      *
         Plaintiffs,                  *
                                      *   Nos. 15-1253; 15-12532L
    v.                                *   Filed: September 28, 2018
                                      *
UNITED STATES,                        *
                                      *
         Defendant.                   *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

### O R D E R

      The court is in receipt of the parties' joint stipulation to dismiss certain above-captioned plaintiffs' claims in the case of Flying S. Land Co., et al. v. United States, Case No. 15-1253L. The claims associated with the above-captioned plaintiffs are, hereby, **SEVERED** from the case of Flying S. Land Co., et al. v. United States, Case No. 15-1253L, and shall be reorganized, for case management purposes, into the above-captioned case, Gerry and Theresa Tally v. United States, and assigned Case No. 15-12532L. The court **DISMISSES WITHOUT PREJUDICE** the property claims of Gerry and Theresa Tally. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiffs, Case No. 15-12532L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Flying S. Land Co., et al. v. United States, Case No. 15-1253L.

      **IT IS SO ORDERED**.

                                                                                                       s/Marian Blank Horn
                                                                                  **MARIAN BLANK HORN**
                                                                                        **Judge**